**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5049-18T3

NICHOLAS BURKE,

     Plaintiff-Respondent,

v.

STATE OF NEW JERSEY,
COUNTY OF WARREN,

     Defendant,

and

TOWNSHIP OF INDEPENDENCE,

     Defendant-Appellant.

_____

Argued March 11, 2020 – Decided October 16, 2020

Before Judges Fuentes and Mayer.

On appeal from the Superior Court of New Jersey, Law Division, Warren County, Docket No. L-0031-19.

James M. McCreedy argued the cause for appellant (Wiley Malehorn Sirota & Raynes, attorneys; James M. McCreedy, of counsel and on the briefs; Carolyn C. Duff, on the briefs).

Craig M. Rothenberg argued the cause for respondent (Rothenberg Rubenstein Berliner & Shinrod, LLC, attorneys; Craig M. Rothenberg, of counsel and on the brief; Susan V. Ferreira, on the brief).

The opinion of the court was delivered by

FUENTES, J.A.D.

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5049-18T3